UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDDIE JONES,<br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent. | )<br>)<br>)   Criminal Action No. 07-CR-10162-GAO<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the *Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255* filed by Petitioner Eddie Jones (hereinafter, the "§2255 Motion") in the above-captioned action, and the United States of America's response thereto, it is hereby ORDERED and DIRECTED as follows:

(1) Within twenty-one days of this Order, the defendant, Eddie Jones, must file a supplement to his §2255 Motion which includes his version of every significant conversation or communication he had with his Attorney, Elliot M. Weinstein, pertaining to the claims of ineffectiveness made in his motions, together with any documents he may have that bear on this issue;

(2) Within seven days of receipt of such waiver and supplement, the government is hereby ORDERED to serve a copy of such waiver and supplement, along with a copy of the defendant's §2255 Motion and supporting memorandum, upon Attorney Elliot M. Weinstein, and to submit a status report on the docket confirming service;

(3) Within twenty-one days of receipt from the government of a copy of such supplement, Attorney Elliot M. Weinstein is hereby ORDERED to file an affidavit under oath responding to Jones' allegations and setting forth pertinent details concerning conversations relating to plea negotiations, guidelines calculations and potential sentencing exposure Jones faced if he pled guilty and/or

upon conviction, answer questions posed by the government or defense counsel relating to claims raised by Petitioner Jones in his §2255 Motion, and produce to the government and defense counsel all relevant documentation exchanged with Jones either prior to or during his criminal trial or prior to sentencing, including any documentation that details conversations or correspondence pertaining to Jones' claims of ineffective assistance of counsel; and

(4)   Within twenty-one days of receipt of such documentation from Attorney Elliot M. Weinstein, the government is hereby ORDERED to file its response to the § 2255 Motion.

SO ORDERED:

/s/ George A. O'Toole Jr.
GEORGE A. O'TOOLE, JR
United States District Judge
District of Massachusetts

DATED: June 2, 2017